In the Matter of JAMESVILLE GROVE LTD., Respondent, v. THOMAS RING et al., Constituting the New York State Liquor Authority, Appellants.—

Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.